**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In re:                                    )
                                          )
ERIN-ELIZABETH KATHLEEN CALVERT,   )    Case No. 18-11752-BFK
                                          )    Chapter 7
            Debtor.                       )

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

The Court held a hearing on July 10, 2018, on the Debtor's failure to file her schedules and financial statement pursuant to LBR 1007-1 and 1007-3. Docket Nos. 8, 9. The *pro se* Debtor was present. For the reasons stated on the record at the hearing, it is

**ORDERED:**

1. This case is dismissed without prejudice.

2. The Debtor is advised that she will have 14 days from the entry of this Order to appeal by filing a Notice of Appeal with the Clerk of the Bankruptcy Court.

3. The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: Jul 17 2018

Alexandria, Virginia

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: 7/17/2018

Copies to:

Erin-Elizabeth Kathleen Calvert
8685 Trenton Chapel Way
Manassas, VA 20109
*Pro Se Debtor*

H. Jason Gold
101 Constitution Ave., N.W.
Suite 900
Washington, DC 2001
*Chapter 7 Trustee*